

# NUMBER 13-20-00114-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

THE STATE OF TEXAS,                                                          Appellant,

v.

MYRA ALEJANDRA LUNA,                                                   Appellee.

## On Appeal from the County Court at Law No. 3
## of Cameron County, Texas.

# ORDER

### Before Justices Benavides, Hinojosa, and Tijerina
### Order Per Curiam

Appellant, the State of Texas, by and through the District Attorney in and for Cameron County, Texas, has filed a motion for stay of proceedings in the above cause. On February 10, 2020, the trial court granted a motion to suppress evidence. The State has filed a notice of appeal and has requested a stay in the trial court's proceedings pending disposition of its appeal. *See* TEX. CODE CRIM. PROC. ANN. § 44.01(a)(5), (e)

The Court, having examined and fully considered the motion for stay of proceedings, is of the opinion that said motion should be granted. The motion for stay is hereby GRANTED, and the trial court's proceedings are hereby ordered STAYED pending disposition of the State's appeal.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
3rd day of March 2020.